1  BRIEN J. FARRELL, City Attorney (SBN 088318)
   CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Rm. 8
3  Santa Rosa, California 95402-1678

4  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
5

   Attorneys for Defendants
6  CITY OF SANTA ROSA; BRIAN MANN, an individual and
   Officer of the SANTA ROSA POLICE DEPARTMENT; DAVID PHILLIPS,
7  an individual and Officer of the SANTA ROSA POLICE DEPARTMENT
   and DENISE QUINONES, an individual and officer of the
8  SANTA ROSA POLICE DEPARTMENT

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | JONATHAN SHUMAN,                         | Case No. C 07-2498 WDB
13 |         Plaintiff,                       | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
14 |     v.                                   |
15 | CITY OF SANTA ROSA, a chartered city;    |
   | BRIAN MANN, an individual and officer of |
16 | the SANTA ROSA POLICE DEPT.;             |
   | _____ PHILLIPS, an individual and      |
17 | officer of the SANTA ROSA POLICE         |
   | DEPT.; _____ QUINONES, an     |
18 | individual and officer of the SANTA ROSA |
   | POLICE DEPT. and DOES ONE through        |
19 | FIFTY, inclusive.                        |
20 |         Defendants.                      |
   | _____/          |
21

22        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

23        The undersigned parties hereby decline to consent to the assignment of this case to a

24 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

25 this case to a United States District Judge.

26 Dated: May 11 , 2007                    _____
                                            Caroline L. Fowler
27                                          Assistant City Attorney
                                            Attorney for Defendants
28                                          City of Santa Rosa, Santa Rosa Police Officers
                                            Brian Mann, David Phillips and Denise Quinones