UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN SHUMAN,

    Plaintiff,

v.

CITY OF SANTA ROSA, et al.,

    Defendants
_____/

No. C 07-2498 WDB

<u>NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE</u>

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for August 13, 2007, at 4:00 p.m. is vacated.

Dated: May 14, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
    Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd