8.

1   BRIEN J. FARRELL, City Attorney (SBN 088318)
    CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
2   City of Santa Rosa
    100 Santa Rosa Avenue, Rm. 8
3   Santa Rosa, California 95404

4   Telephone: (707) 543-3040
    Facsimile: (707) 543-3055
5

    Attorneys for Defendants
6   CITY OF SANTA ROSA; BRIAN MANN, an individual and
    Officer of the SANTA ROSA POLICE DEPARTMENT; DAVID PHILLIPS,
7   an individual and Officer of the SANTA ROSA POLICE DEPARTMENT
    and DENISE QUINONES, an individual and officer of the
8   SANTA ROSA POLICE DEPARTMENT

9

10             UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13   JONATHAN SHUMAN,           Case No. C 07-2498 SBA

          Plaintiff,
14

15     v.                   **STIPULATION AND ORDER RE
                        DISMISSAL OF PORTIONS OF
16   CITY OF SANTA ROSA, a chartered city;   COMPLAINT**
    BRIAN MANN, an individual and officer of
17   the SANTA ROSA POLICE DEPT.;
    _____ PHILLIPS, an individual and
18   officer of the SANTA ROSA POLICE
    DEPT.; _____ QUINONES, an
19   individual and officer of the SANTA ROSA
    POLICE DEPT. and DOES ONE through
20   FIFTY, inclusive.

21             Defendants.
    _____/

22       Prior to Defendants filing a motion to dismiss, the parties meet and conferred through

23   their respective attorneys of record and hereby stipulate as follows:

24       1. The First, Second, Third and Fourth Causes of action are dismissed without prejudice

25   as to defendant Denise Quinones.

26       2. The Second Cause of Action is dismissed with prejudice.

27   //

28   //

  Stipulation and Order re Dismissal of Portions of Complaint, Case No. C 07-2498 SBA       Page I

1    3. Defendants shall file an answer to the Complaint as amended by this stipulation by

2    May 21, 2007.

3    Dated: May 16 , 2007

Caroline L. Fowler
Assistant City Attorney
Attorney for Defendants
City of Santa Rosa, Santa Rosa Police Officers
Brian Mann, David Phillips and Denise Quinones

7    Dated: May 17, 2007

Frank J. Christy, Jr.
Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties and for good cause , IT IS HEREBY ORDERED AS FOLLOWS:

1. The First, Second, Third and Fourth Causes of action are dismissed without prejudice as to defendant Denise Quinones.

2. The Second Cause of Action is dismissed with prejudice.

3. Defendants shall file an answer to the Complaint as amended by this stipulation by May 21, 2007.

Dated:

Judge Saundra Brown Armstrong

Stipulation and Order re: Dismissal of Portions of Complaint, Case No. C 07 2498 SBA