BRIEN J. FARRELL, City Attorney (SBN 088318)
CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
City of Santa Rosa
100 Santa Rosa Avenue, Rm. 8
Santa Rosa, California 95404

Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA; BRIAN MANN, an individual and
Officer of the SANTA ROSA POLICE DEPARTMENT; DAVID PHILLIPS,
an individual and Officer of the SANTA ROSA POLICE DEPARTMENT
and DENISE QUINONES, an individual and officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SHUMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ROSA, a chartered city; BRIAN MANN, an individual and officer of the SANTA ROSA POLICE DEPT.; _____ PHILLIPS, an individual and officer of the SANTA ROSA POLICE DEPT.; _____ QUINONES, an individual and officer of the SANTA ROSA POLICE DEPT. and DOES ONE through FIFTY, inclusive.<br><br>Defendants. | Case No. C 07-2498 SBA<br><br>STIPULATION AND ORDER RE DISMISSAL OF PORTIONS OF COMPLAINT |

Prior to Defendants filing a motion to dismiss, the parties meet and conferred through their respective attorneys of record and hereby stipulate as follows:

1. The First, Second, Third and Fourth Causes of action are dismissed without prejudice as to defendant Denise Quinones.

2. The Second Cause of Action is dismissed with prejudice.

//

//

3. Defendants shall file an answer to the Complaint as amended by this stipulation by May 21, 2007.

Dated: May 16, 2007

_____
Caroline L. Fowler
Assistant City Attorney
Attorney for Defendants
City of Santa Rosa, Santa Rosa Police Officers Brian Mann, David Phillips and Denise Quinones

Dated: May 17, 2007

_____
Frank J. Christy, Jr.
Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties and for good cause, IT IS HEREBY ORDERED AS FOLLOWS:

1. The First, Second, Third and Fourth Causes of action are dismissed without prejudice as to defendant Denise Quinones.

2. The Second Cause of Action is dismissed with prejudice.

3. Defendants shall file an answer to the Complaint as amended by this stipulation by May 21, 2007.

Dated: 8/17/07

_____
Judge Saundra Brown Armstrong

Stipulation and Order re: Dismissal of Portions of Complaint, Case No. C 07 2499 SBA

TOTAL P.03

MAY-17-2007  12:44        7077623538        97%        P.03