1  FRANK J. CHRISTY, JR., SBN 119615
   LAW OFFICES OF FRANK J. CHRISTY, JR.
2  11 Western Avenue
   Petaluma, CA  94952
3  Telephone:  (707) 773-2714
   Facsimile:   (707) 762-3538
4  Attorney for Plaintiff
   JONATHAN D. SHUMAN
5

   BRIEN J. FARRELL, City Attorney (SBN 088318)
6  CAROLINE L. FOWLER, Assistant City Attorney (SBN 110313)
   City of Santa Rosa
7  100 Santa Rosa Avenue, Room 8
   Santa Rosa, California 95404
8  Telephone:  (707) 543-3040
   Facsimile:   (707) 543-3055
9
   Attorneys for Defendants
10 CITY OF SANTA ROSA; BRIAN MANN, an individual and
   Officer of the SANTA ROSA POLICE DEPARTMENT; DAVID PHILLIPS,
11 an individual and Officer of the SANTA ROSA POLICE DEPARTMENT
   and DENISE QUINONES, an individual and officer of the
12 SANTA ROSA POLICE DEPARTMENT

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17

18 JONATHAN SHUMAN,              )   Case No.  C 07-2498 SBA
                                 )
19           Plaintiff,          )   **JOINT CASE MANAGEMENT**
                                 )   **STATEMENT**
20       v.                      )
                                 )   Date: September 27, 2007
21                               )   Time: 3:15 p.m. (via telephone)
   CITY OF SANTA ROSA, a chartered city; )
22 BRIAN MANN, an individual and officer of )
   the SANTA ROSA POLICE DEPT.; _____ )
23 PHILLIPS, an individual and officer of the )
   SANTA ROSA POLICE DEPT.;      )
24 _____ QUINONES, an individual )
   and officer of the SANTA ROSA POLICE )
25 DEPT. and DOES ONE through FIFTY, )
   inclusive.                    )
26                               )
                                 )
27                               )
           Defendants.           )
28

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA  94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA                                        1

1. **Jurisdiction and Service:**

The court has jurisdiction over this matter under 28 U.S.C. 1331. This case is brought by plaintiff under 42 U.S.C. Section 1983 and includes pendent state law causes of action. All parties have been served and have appeared.

2. **Facts:**

**Plaintiff's Contention:**

This action arises out of the arrest of Plaintiff JONATHAN SHUMAN on March 21, 2006. Plaintiff JONATHAN SHUMAN alleges that he was falsely arrested by Officer QUINONES for being under the influence of a controlled substance and thus in violation of his parole and charged with resisting arrest and vandalism of a CITY OF SANTA ROSA patrol car. As a result of his arrest, Plaintiff JONATHAN SHUMAN was sentenced to approximately 90 days in San Quentin.

Plaintiff JONATHAN SHUMAN also alleges that Officers PHILLIPS and MANN exercised excessive force in violation of 42 U.S.C. § 1983, committed an assault and battery on, and violated the State civil rights of JONATHAN SHUMAN. In particular, Plaintiff alleges that Defendants PHILLIPS and MANN caused a laceration on Plaintiff's face when they shoved him to the ground while he was handcuffed and further that while Plaintiff was in handcuffs and leg restraints and being transported to jail, that Officer MANN "brake checked" Plaintiff who was not restrained in the back of Officer MANN's patrol car.

**Defendants' Contention:**

Officer Quinones responded to a call that there was an intoxicated man described as intoxicated hiding behind a VW Jetta and taking his clothes off. Upon arriving at the scene she observed Mr. Shuman who was fully dressed, moving around erratically and flailing his arms. She believed that he was under the influence. Mr. Shuman failed to comply with her commands and continued to act in a strange manner. Mr. Shuman initially provided Officer Quinones with an incorrect name and then provided the correct spelling of his name. He advised Officer Quinones that he was on parole but would not articulate why. He then aggressively approached her and refused to sit down. At that point Officer Quinones used a reverse wrist lock and placed

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA 94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA                                      2

1 him in handcuffs.  He then struggled with Officer Quinones and became verbally aggressive and
2 continued to try and get away.  Officer Quinones then used a leg sweep take down and assisted
3 Shuman to the ground.  Shuman kicked at Officer Quinones and attempted to get up.  She
4 restrained him and waited for back up since she was unable to transport him herself because she
5 had a K-9 in her unit.

6 Shuman was arrested for parole violation, resisting arrest and attempted vandalism.  He
7 was not arrested for being under the influence.  He subsequently pleaded no contest to the
8 attempted vandalism charge and was sentenced by the court.

9 Officers Mann and Phillips arrived on scene and Shuman continued to struggle. He then
10 became cooperative and was placed in the back of Officer Mann's patrol care.  After being
11 placed in the patrol car he began either kicking the window or hitting his head on the window.
12 Officer Phillips advised him to stop and when he did not, Officer Phillips removed him from the
13 car and guided him to the ground onto his stomach.  Shuman was resisting.  All three officers
14 then participated in placing Shuman in leg restraints.  He was placed back into the vehicle and
15 transported by Officer Mann to the Sonoma County Adult Detention Facility.  Officer Quinones
16 followed him to the jail in her vehicle.  Shuman contends that enroute to the jail that Officer
17 Mann "brake checked him".

18 Shuman contends that he sustained a laceration or abrasion to his face and an injury to his
19 shoulder.

20 **3.  Legal Issues:**
21 **Plaintiff's Contention:**
22 Plaintiff contends that officers of the City of Santa Rosa Police Department violated
23 Plaintiff's Constitutional rights in violation of 42 U.S.C. section 1983; that Plaintiff was falsely
24 arrested and imprisoned; that officers of the City of Santa Rosa Police Department assault him
25 
26 during the course of his arrest and that the City of Santa Rosa has municipal liability under
27 *Monell.*
28

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA  94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA                                                                    3

**Defendants' Contention:**

Defendants contends that there was no violation of defendants constitutional rights under the analysis of *Graham v. Conner,* 490 U.S. 386; 109 S.Ct. 1865; 104 L.Ed.2d 443 (1989). Even assuming arguendo that there was a violation that the defendants are entitled to qualified immunity under the two pronged test set forth in *Saucier v. Katz,* 533 U.S. 194, 200; 121 S.Ct. 2151; 150 L.Ed.2d 272 (2001) .

Defendants contend that there is no state law liability pursuant to California Penal Code Section 847 for the false arrest claim and false imprisonment claims.  Defendants further contend that they are not liable for assault and battery under California Penal Code Section 835a.

Defendant contends that the other causes of action are barred by the governmental immunities set forth in Government Code Section 821.6

Defendant further contends that some or all of plaintiff's claims are barred under *Heck v Humphrey* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383.

Defendants further contend that Defendant City of Santa Rosa has no municipal liability under the holding *Monell v. New York City Dept. of Soc. Serv.,* 436 U.S. 658; 56 L.Ed.2d 611; 98 S.Ct. 2018 (1978) on the federal causes of action and pursuant to California Government Code Section 815.2(b) on the state law causes of action.

**4. Motions:**

**Plaintiff's Contention:**

Plaintiff does not anticipate filing any motions in this matter.

**Defendants' Contention:**

Defendants intend to file a motion for summary judgment or summary adjudication in this matter after they complete some discovery.

**5. Amendment of Pleadings:**

**Plaintiff's Contention:**

Plaintiff does not anticipate amending any pleadings.

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA  94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA                                    4

**Defendants' Contention:**

Defendant does not anticipate amendment of any pleadings. The parties previously stipulated to dismiss certain claims in the complaint which stipulation was filed with the court on August 17, 2007.

**6. Evidence Preservation:**

**Plaintiff's Contention:**

Plaintiff does not have any documents relating to the incident complained of.

**Defendants' Contention:**

Defendant has advised the involved department that no documents relating to this matter should be destroyed. There are not any voicemail or emails related to this matter. The dispatch tape has been preserved.

**7. Disclosures:**

There was a delay in reassignment of the case after Defendant declined to proceed with a Magistrate and the parties understood the prior scheduling order was not in effect and anticipated a new scheduling order would be issued and therefore have not yet made their disclosures. The parties have agreed to make their initial disclosures by November 2, 2007.

**8. Discovery:**

Plaintiff has deposed Officers Mann and Quinones. The deposition of the Plaintiff is set for September 18, 2007. Plaintiff is in process of rescheduling the deposition of Officer Phillips. There are two-four possible witnesses at the jail who have not yet been deposed.
Both parties have propounded document requests. Defendants anticipate subpoenaing Plaintiff's medical records.

**9. Class Actions:**

Not applicable

**10. Related Cases:**

There are no related cases.

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA 94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA    5

**11. <u>Relief</u>:**

**Plaintiff's Contention:**

Plaintiff is seeking general damages in an amount according to proof, attorney fees and punitive damages.

**Defendants' Contention:**

Defendant does not believe that Plaintiff is entitled to any damages. If plaintiff were to prevail on the issue of liability they are uncertain as to the basis of any damages other than general damages since it is their understanding that plaintiff has not sought any medical treatment and was unemployed at the time of the injury and thus has no medical expenses or loss of wage claims. Defendants do not believe that the facts in this case would warrant the award of punitive damages against the individual defendants and no punitive damages can be awarded against the City.

**12. <u>Settlement and ADR</u>:**

The Parties will file a Stipulation and Proposed Order Selecting ADR Process or Request for ADR conference prior to the Case Management Conference. There was a delay in reassignment of the case and the parties were anticipating that they would be provided new compliance dates as part of a scheduling order.

**Plaintiff's Contention:**

Plaintiff is willing to agree to mediation or ENE if requested to do so by the Court.

**Defendants' Contention:**

Defendant does not believe there is any liability in this case but is willing to participate in mediation or ENE if requested to do so by the Court.

**13. <u>Consent to Magistrate Judge For All Purposes</u>:**

The parties consent to the assignment of this case to a United States Magistrate Judge for purposes of settlement conference only.

**14. <u>Other References</u>:**

**Plaintiff's Contention:**

Plaintiff does not believe that any other references are appropriate in this case.

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA  94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA    6

1     **Defendants' Contention:**

2   Defendant does not believe that any other references are appropriate in this case.

3   **15. <u>Narrowing of Issues</u>:**

4   **Plaintiff's Contention:**

5   Plaintiff does not anticipate filing any motions.

6   **Defendants' Contention:**

7   Defendants anticipate filing a motion for summary judgment or summary adjudication of

8 issues after completion of some initial discovery in this matter which should resolve or narrow

9 the issues.

10   **16. <u>Expedited Schedule:</u>**

11   The parties do not believe this case is appropriate to be handled on an expedited basis.

12   **17. <u>Scheduling</u>:**

13   **Plaintiff's Contention:**

14       Fact and Expert Discovery Cut Off: Per Court Order

15       Dispositive Motion Filing Deadline: Per Court Order

16       Dispositive Motion Hearing Deadline: Per Court Order

17       Expert Reports: Per Court Order.

18       Status Conference: TBD

19       Pre-Trial Conference: Per Court Order

20       Trial: Per Court Order

21   **Defendants' Contention:**

22       Fact and Expert Discovery Cut Off:   January 30, 2008

23       Dispositive Motion Filing Deadline:  Thirty days after discovery cutoff

24       Dispositive Motion Hearing Deadline: Per Court Order

25       Expert Reports:  Thirty days prior to Expert cutoff

26       Status Conference: TBD

27       Pre-Trial Conference: Per Court Order

28       Trial:   After March 2008.  Defendant currently has a state court trial scheduled

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA 94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA     7

1  for December 6, 2007 and a state trial set for January 24, 2008.

2  **18. Trial:**

3  Both parties have demanded a jury trial.  Plaintiff estimates 2-3 days.  Defendant

4  estimates 3-4 days.

5  **19. Disclosure of Non-party Interested Entities or Persons:**

6  There are no non-party interested entities or persons.

7  **20. Other:**

8  There are no other issues that the parties are aware of at this time.

10  DATED:  September 17, 2007          LAW OFFICES OF FRANK J. CHRISTY, JR.

14  Frank J. Christy, Jr.
   Attorney for Plaintiff
   JONATHAN D. SHUMAN

17  DATED:  September 17, 2007          CITY OF SANTA ROSA

21  Caroline L. Fowler, Esq.
   Assistant City Attorney for
   CITY OF SANTA ROSA

Law Offices of
Frank J. Christy, Jr.
11 Western Avenue
Petaluma, CA  94952
(707) 773-2714

JOINT CASE MANAGEMENT STATEMENT, C 07-2498 SBA                                8