```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


JONATHAN SHUMAN,              )      No. C07-02498 SBA
          Plaintiff,          )
                              )      ORDER DISMISSING ACTION
     vs.                      )
                              )
CITY OF SANTA ROSA,           )
                              )
          Defendant.          )
                              )
_____)
```

      The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

      IT IS SO ORDERED.

DATED: 9/27/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge