**FILED**

SEP 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# LAW OFFICES OF
# FRANK J. CHRISTY, JR.

TELEPHONE
(707) 773-2714
FACSIMILE
(707) 762-3538

ATTORNEY AT LAW
11 WESTERN AVENUE
PETALUMA, CA 94952

E-MAIL
FJCHRISTYJR@AOL.COM

September 27, 2007



Lisa Clark
United States District Court
1301 Clay Street
Oakland, CA 94612

Re: Shuman v. City of Santa Rosa, et al.
United States District Court Case No.: C 07-2498 SBA

Dear Ms. Clark:

This will serve to follow-up our conversation this morning regarding the above-referenced matter. As I indicated, a Case Management Conference is calendared in this matter for 3:15 p.m. today. Plaintiff Jon Shuman has requested that this matter be dismissed and we have reached an agreement with Caroline Fowler counsel for the City of Santa Rosa to dismiss this matter. We will file a Dismissal no later than Monday, October 1, 2007.

In light of this notice, it is my understanding that the Case Management Conference will be taken off calendar. Please advise me at your earliest convenience if there is a need for counsel to call the Court at 3:15 p.m.

Very truly yours,

Frank J. Christy, Jr.

FJC/dck
Cc: Caroline L. Fowler, Esq.
Assistant City Attorney
City Attorney's Office